

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 AUG. 13. 2015

RE: WR-50,653-07

15-29

ORVIS WAYNE PORTER
PACK UNIT - TDC # 1905515

McLennan
219 N 6th St
Waco, TX 76701